**Donald J. DUCHESS and Catherine A. Duchess, Respondents,**

v.

**LANGSTON CORPORATION, Petitioner.**

Supreme Court of Pennsylvania.

May 7, 1999.

Joseph J. Bosick, Pittsburgh, for petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 7th day of May, 1999, the Petition for Allowance of Appeal is GRANTED limited to the following issue:

Did the Superior Court err in reversing judgment in favor of Petitioner finding that evidence of a subsequent design change was admissible as a subsequent

repair as opposed ·to a subsequent remedial measure?

David B. Schaumann, Bradley J. Leber, York, for Housing Authority of City of York.

E. John Mitton, York, for Queen E. Ismond.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.